**00-6043**
**CIV-JORDAN**
**MAGISTRATE JUDGE**
**SORRENTINO**

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| Name FRITZ MAIGNAN | Prisoner No. 196119 | Case No. 95-14021 CF10B |

Place of Confinement

Desoto Correctional Institution, P.O. Drawer 1072, Arcadia, Florida 34265

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| FRITZ MAIGNAN | MICHAEL W. MOORE |

V.

The Attorney General of the State of: Florida

ROBERT A. BUTTERWORTH

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

2. Date of judgment of conviction  June 14, 1996

3. Length of sentence  15 years minimum mandatory imprisonment

4. Nature of offense involved (all counts)  Conspiracy to traffic in cocaine

5. What was your plea? (Check one)
   (a) Not guilty  ☑
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☑
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☑  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☑  No ☐

cat / div  B/FTL
Case # 00-6043
Judge  AJ   Mag  CHS
Motn Ifp  Yes   Fee pd $
Receipt #

(2)

9. If you did appeal, answer the following:

   (a) Name of court  *Fourth District Court of Appeal*

   (b) Result  *Per Curiam Affirmed*

   (c) Date of result and citation, if known  *November 14, 1997, Maignan (Fritz) vs State, 701 So. 2d 882 (Fla. 4th DCA 1997)*

   (d) Grounds raised  *1) The trial court erred in failing to grant a judgment of acquittal where the see 9(d) Grounds raised continued on attached page No. 3a*

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _____

   (2) Result  *N/A*

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result  *N/A*

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒  No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court  *CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA*

    (2) Nature of proceeding  *3.850 Motion for Post Conviction Relief*

    (3) Grounds raised  *1) Ineffective assistance of counsel for failing to call Joseph Clark, the confidential informant to testify at trial; 2) The trial court committed fundamental error*

(3)

### 9(d) GROUNDS RAISED CONTINUED FROM PAGE No. 3

State did not establish that Appellant committed conspiracy to traffic in cocaine.

2). The trial court erred in failing to grant a judgment of acquittal on entrapment at the close of the evidence.

3). The conviction violates due process of law because the jury was not instructed that the state had the burden of proving predisposition beyond a reasonable doubt.

(3a)

in admitting into evidence, over defense objection, the recorded three-way telephone conversation between the co-defendants, the D.E.A., and the informant; 3) Ineffective assistance see: 11 (3) Grounds raised continued on attached page No. 4a

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑

(5) Result _Denied_

(6) Date of result _May 19, 1999_

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____ N/A

(3) Grounds raised _____ N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result _____ N/A

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☑   No ☐
(2) Second petition, etc.    Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

II (3) GROUNDS RAISED CONTINUED FROM PAGE No. 4

of counsel for failing to incorporate a sufficiency of the evidence argument in his Motion for Judgment of Acquittal on the conspiracy to traffic in cocaine charge.

4). Ineffective assistance of counsel for failing to object to an incomplete jury instruction on the State's burden of proof as to proving the predisposition of the Defendant beyond a reasonable doubt.

5). Ineffective assistance of counsel for failing to move to dismiss the conspiracy to traffic in cocaine charge based on the D.E.A. improper supervision of the confidential informant which in turn violated Defendant's right to due process of law and his right to privacy.

(4a)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: _The trial Court committed fundamental error in instructing the jury that the Defendant had the burden of disproving predisposition beyond a reasonable doubt thereby violating Petitioner's right to a fair trial by jury._

Supporting FACTS (state *briefly* without citing cases or law) _The trial Court in instructing the jury that defendant must prove by preponderance of evidence that criminal conduct occurred as result of entrapment was an incorrect and incomplete instruction which misled the jury as to the burden of proof in demonstrating entrapment. See: Argument of Petitioner's Memorandum of Law in support of his Petition for Writ of Habeas Corpus accompanying this Petition._

B. Ground two: _Ineffective Assistance of Appellate Counsel_

Supporting FACTS (state *briefly* without citing cases or law): _Appellate counsel was ineffective for withdrawing issue two in Petitioner's initial appellant brief that reversible error occurred where the trial Court incorrectly instructed the jury on an element of conspiracy where the record clearly showed that the trial Court misstated the law in charging the jury on conspiracy to traffic in cocaine by substituting the word "attempt" for the "intent". See: Argument of Petitioner's Memorandum of Law in support of his Petition for Writ of Habeas Corpus accompanying this Petition._

C. Ground three: The trial court erred in failing to grant a judgment of acquittal where the state did not establish that Petitioner committed conspiracy to traffic in cocaine.

Supporting FACTS (state *briefly* without citing cases or law): To prove conspiracy, the state must establish that 2 or more persons agreed to commit an offense and that the defendant had the intent to commit the offense. In this case, it was the state's theory that Petitioner and co-defendant, Katan Maignan, conspired to possess cocaine by stealing it from an undercover DEA agent. See: Argument of Petitioner's Memorandum of Law in support of his Petition for Writ of Habeas Corpus accompanying this Petition.

D. Ground four: The trial court erred in failing to grant a judgment of acquittal on entrapment at the close of the evidence.

Supporting FACTS (state *briefly* without citing cases or law): The trial court should have dismissed the charge where the evidence established entrapment as a matter of law. See: Argument of Petitioner's Memorandum of Law in support of his Petition for Writ of Habeas Corpus accompanying this Petition.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐  No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
   (a) At preliminary hearing _____

   (b) At arraignment and plea _____

(6)

(c) At trial _Michael Holden, Attorney at Law, 212 SE 8th Street, Suite 103, Fort Lauderdale, Florida 33316-1014_

(d) At sentencing _Same as above_

(e) On appeal _Marcy K. Allen, Assistant Public Defender, Fifteenth Judicial Circuit of Florida, Criminal Justice Building, 421 Third Street, 6th Floor, West Palm Beach, Florida 33401_

(f) In any post-conviction proceeding _Prose_

(g) On appeal from any adverse ruling in a post-conviction proceeding _Prose_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑
   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   (b) Give date and length of the above sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐ No ☑

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_1-7-2000_
    (date)

_[signature]_
Signature of Petitioner

(7)

# CIVIL COVER SHEET

(Rev. 12/96)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
FRITZ MAIGNAN

### DEFENDANTS
Michael Moore

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | X☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

LENGTH OF TRIAL
via ____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

---

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____