UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FRITZ MAIGNAN

    Petitioner,

vs.

MICHAEL W. MOORE,

    Respondent.

Case No. __00-6043__

TO BE SUPPLIED BY THE CLERK

CIV-JORDAN

MAGISTRATE JUDGE
SORRENTINO

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, __FRITZ MAIGNAN__ petitioner, in the above-styled cause and, pursuant to the provisions of Title 28, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor.

Dated: __January 7 - 2000__      __/s/ Fritz Maignan__
                                                                     Signature

## AFFIDAVIT IN SUPPORT OF MOTION
## TO PROCEED IN FORMA PAUPERIS

I, _____, being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed in forma pauperis without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that thet nature of this action is as follows:

__Petition for Writ of Habeas Corpus__

I further swear that the responses which I have made to questions and instructions hereinbelow relating to may ability to pay the cost of this action are true.

1. Are you presently employed?     Answer: __No__

   a. If answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer.
   b. If answer is "no", state the date of last employment, and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments interest, dividends, or other source?     Answer: __No__.

   a. If answer is "yes", describe each source of income, and state the amount received from each during the past twelve months.

3. Do you own any cash or checking or savings account?    Answer: __No__

   a. If answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)?    Answer: __No__

   a. If answer is "yes", describe property and state approximate value.

5. List the persons who are dependent upon you for support and state your relationship to those persons.

   __None__

I fully understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

_____
Signature

SUBSCRIBED AND SWORN TO before me this
__7th__ day of __January 2000__.

_____
Mary A. DeLoach
COMMISSION # CC726038 EXPIRES
May 23, 2002
BONDED THRU TROY FAIN INSURANCE, INC

## AFFIDAVIT CERTIFICATE
(Prisoner Accounts Only)

I HEREBY CERTIFY THAT __FRITZ MAIGNON__, has the sum of
(Name of Affiant)

$ __57.67__ as of __12/30/99__ on account to his credit at the
(date)

__Desoto Correctional__ institution where he is confined. I further certify that the above named prisoner affiant has the following securities to his credit according to the records of this institution:

__NONE__

_____
Authorized Officer of Institution

Department of Corrections
Inmate Bank
P.O. Box 11379
Tampa, FL. 33680-11379

- 6 -

DC 101
Rev. 12/92

```
                Inmate No.: 196119         Status: A           Card No.:   2
                Last Name: MAIGNAN                Race: B
               First Name: FRITZ                  Sex: M
              Middle Name:                        SS#:       -    -
            Date of Birth: 10/12/1976
                      AKA: STIZZO,
                   Opened: 08/19/1996     Facility Loc: 564
                   Closed:                Housing Loc: H1215L
                                          P.O.Box: 4017
   Hold Amt    Hold Date Typ              Balance: 57.67
     0.00                            Non-Medical Hold: 0.00
     0.00                         Avail. Canteen Bal.: 45.00
     0.00                                Medical Hold: 0.00
```

| Date | Descript | Remitter/ Payee | Batch/ Dep. No. | Ref. No. | Rec. # | In/(Out) | Balance |
|---|---|---|---|---|---|---|---|
| 12/30/1999 | Susp Dep | GEORGE,D | 7761 | 000385 | | 50.00 | |
| 06/01/1999 | Beg Bal | | | | | | .05 |
| 06/01/1999 | Deposit | MIGNAN,S | 274 | 915841 | 490137 | 50.00 | 50.05 |
| 06/01/1999 | Canteen | | | | | -3.67 | 46.38 |
| 06/02/1999 | Canteen | | | | | -20.36 | 26.02 |
| 06/02/1999 | Canteen | | | | | -22.38 | 3.64 |
| 06/10/1999 | Withdrawal | LEGAL COP | | 17184 | 491001 | -3.64 | .00 |
| 06/29/1999 | Deposit | ARIELLE B | 299 | 83511493 | 492271 | 600.00 | 600.00 |
| 06/30/1999 | Canteen | | | | | -2.32 | 597.68 |
| 07/01/1999 | Canteen | | | | | -15.48 | 582.20 |
| 07/02/1999 | Canteen | | | | | -1.85 | 580.35 |
| 07/02/1999 | Canteen | | | | | -4.18 | 576.17 |
| 07/03/1999 | Canteen | | | | | -10.46 | 565.71 |
| 07/03/1999 | Canteen | | | | | -4.36 | 561.35 |
| 07/03/1999 | Canteen | | | | | -1.66 | 559.69 |
| 07/04/1999 | Canteen | | | | | -1.54 | 558.15 |
| 07/05/1999 | Canteen | | | | | -3.14 | 555.01 |
| 07/07/1999 | Canteen | | | | | -18.61 | 536.40 |
| 07/07/1999 | Canteen | | | | | -4.14 | 532.26 |
| 07/08/1999 | Deposit | COMAS,ROS | 001 | 998810 | 492686 | 60.00 | 592.26 |
| 07/08/1999 | Canteen | | | | | -2.32 | 589.94 |
| 07/09/1999 | Withdrawal | LEGAL COP | | 17275 | 492947 | -9.86 | 580.08 |
| 07/09/1999 | Withdrawal | LEGAL COP | | 17275 | 492952 | -6.60 | 573.48 |
| 07/09/1999 | Canteen | | | | | -2.16 | 571.32 |
| 07/10/1999 | Canteen | | | | | -13.14 | 558.18 |
| 07/11/1999 | Canteen | | | | | -1.34 | 556.84 |
| 07/12/1999 | Canteen | | | | | -0.74 | 556.10 |
| 07/13/1999 | Canteen | | | | | -0.68 | 555.42 |
| 07/14/1999 | Canteen | | | | | -0.64 | 554.78 |
| 07/17/1999 | Canteen | | | | | -7.04 | 547.74 |
| 07/18/1999 | Canteen | | | | | -4.56 | 543.18 |
| 07/18/1999 | Canteen | | | | | -3.07 | 540.11 |
| 07/19/1999 | Canteen | | | | | -6.93 | 533.18 |
| 07/19/1999 | Canteen | | | | | -1.61 | 531.57 |
| 07/19/1999 | Canteen | | | | | -1.28 | 530.29 |
| 07/20/1999 | Canteen | | | | | -0.64 | 529.65 |

|            |           | Remitter/    | Batch/   |          |        |          |         |
| Date       | Descript  | Payee        | Dep. No. | Ref. No. | Rec. # | In/(Out) | Balance |
| ---------- | --------- | ------------ | -------- | -------- | ------ | -------- | ------- |
| 07/20/1999 | Canteen   |              |          |          |        | -1.58    | 528.07  |
| 07/22/1999 | Canteen   |              |          |          |        | -11.33   | 516.74  |
| 07/23/1999 | Canteen   |              |          |          |        | -5.03    | 511.71  |
| 07/23/1999 | Canteen   |              |          |          |        | -9.60    | 502.11  |
| 07/24/1999 | Canteen   |              |          |          |        | -3.47    | 498.64  |
| 07/25/1999 | Canteen   |              |          |          |        | -0.96    | 497.68  |
| 07/25/1999 | Canteen   |              |          |          |        | -2.75    | 494.93  |
| 07/25/1999 | Canteen   |              |          |          |        | -0.32    | 494.61  |
| 07/26/1999 | Canteen   |              |          |          |        | -4.84    | 489.77  |
| 07/28/1999 | Canteen   |              |          |          |        | -1.04    | 488.73  |
| 07/28/1999 | Canteen   |              |          |          |        | -0.36    | 488.37  |
| 07/29/1999 | Canteen   |              |          |          |        | -1.58    | 486.79  |
| 07/30/1999 | Canteen   |              |          |          |        | -1.00    | 485.79  |
| 07/31/1999 | Canteen   |              |          |          |        | -3.05    | 482.74  |
| 08/01/1999 | Canteen   |              |          |          |        | -3.87    | 478.87  |
| 08/02/1999 | Canteen   |              |          |          |        | -1.32    | 477.55  |
| 08/02/1999 | Canteen   |              |          |          |        | -2.65    | 474.90  |
| 08/03/1999 | Canteen   |              |          |          |        | -6.99    | 467.91  |
| 08/04/1999 | Canteen   |              |          |          |        | -0.75    | 467.16  |
| 08/05/1999 | Canteen   |              |          |          |        | -20.18   | 446.98  |
| 08/06/1999 | Canteen   |              |          |          |        | -1.15    | 445.83  |
| 08/07/1999 | Canteen   |              |          |          |        | -0.94    | 444.89  |
| 08/07/1999 | Canteen   |              |          |          |        | -0.96    | 443.93  |
| 08/08/1999 | Canteen   |              |          |          |        | -1.07    | 442.86  |
| 08/08/1999 | Canteen   |              |          |          |        | -1.94    | 440.92  |
| 08/09/1999 | Canteen   |              |          |          |        | -2.01    | 438.91  |
| 08/11/1999 | Canteen   |              |          |          |        | -1.20    | 437.71  |
| 08/12/1999 | Canteen   |              |          |          |        | -0.34    | 437.37  |
| 08/13/1999 | Canteen   |              |          |          |        | -11.02   | 426.35  |
| 08/14/1999 | Canteen   |              |          |          |        | -2.35    | 424.00  |
| 08/15/1999 | Canteen   |              |          |          |        | -19.03   | 404.97  |
| 08/15/1999 | Canteen   |              |          |          |        | -3.15    | 401.82  |
| 08/16/1999 | Canteen   |              |          |          |        | -1.04    | 400.78  |
| 08/16/1999 | Canteen   |              |          |          |        | -6.39    | 394.39  |
| 08/18/1999 | Canteen   |              |          |          |        | -9.45    | 384.94  |
| 08/19/1999 | Canteen   |              |          |          |        | -23.95   | 360.99  |
| 08/20/1999 | Canteen   |              |          |          |        | -3.12    | 357.87  |
| 08/20/1999 | Canteen   |              |          |          |        | -3.00    | 354.87  |
| 08/21/1999 | Canteen   |              |          |          |        | -5.32    | 349.55  |
| 08/25/1999 | Canteen   |              |          |          |        | -25.21   | 324.34  |
| 08/26/1999 | Canteen   |              |          |          |        | -1.74    | 322.60  |
| 08/26/1999 | Canteen   |              |          |          |        | -7.92    | 314.68  |
| 08/27/1999 | Canteen   |              |          |          |        | -7.49    | 307.19  |
| 08/28/1999 | Canteen   |              |          |          |        | -2.54    | 304.65  |
| 08/29/1999 | Canteen   |              |          |          |        | -0.02    | 304.63  |
| 08/30/1999 | Deposit   | D MAIGNAN 053 |         | 83931825 | 496457 | 50.00    | 354.63  |
| 09/01/1999 | Canteen   |              |          |          |        | -31.52   | 323.11  |
| 09/01/1999 | Canteen   |              |          |          |        | -6.08    | 317.03  |
| 09/02/1999 | Canteen   |              |          |          |        | -3.10    | 313.93  |

```
                      Remitter/  Batch/
Date       Descript   Payee      Dep. No.  Ref. No.  Rec. #   In/(Out)   Balance
---------- ---------- ---------- --------- --------- -------- ---------- ---------

09/02/1999 Canteen                                                -3.22     310.71
09/03/1999 Canteen                                                -0.37     310.34
09/03/1999 Canteen                                                -0.37     309.97
09/06/1999 Canteen                                                -0.34     309.63
09/08/1999 Canteen                                                -4.73     304.90
09/09/1999 Canteen                                                -5.16     299.74
09/09/1999 Canteen                                                -1.47     298.27
09/10/1999 Canteen                                                -3.88     294.39
09/11/1999 Canteen                                                -4.75     289.64
09/11/1999 Canteen                                                -7.29     282.35
09/12/1999 Canteen                                                -7.39     274.96
09/12/1999 Canteen                                                -5.74     269.22
09/12/1999 Canteen                                                -2.19     267.03
09/13/1999 Canteen                                                -0.75     266.28
09/13/1999 Canteen                                                -1.45     264.83
09/15/1999 Canteen                                               -19.85     244.98
09/15/1999 Canteen                                               -19.53     225.45
09/16/1999 Canteen                                                -0.70     224.75
09/16/1999 Canteen                                                -0.75     224.00
09/17/1999 Canteen                                                -0.37     223.63
09/17/1999 Canteen                                                -0.77     222.86
09/19/1999 Canteen                                                -0.37     222.49
09/19/1999 Canteen                                                -0.75     221.74
09/19/1999 Canteen                                                -0.34     221.40
09/21/1999 Canteen                                                -0.53     220.87
09/22/1999 Canteen                                                -0.37     220.50
09/22/1999 Canteen                                                -1.86     218.64
09/23/1999 Canteen                                                -1.09     217.55
09/24/1999 Canteen                                                -0.75     216.80
09/24/1999 Canteen                                                -6.32     210.48
09/25/1999 Canteen                                                -0.53     209.95
09/26/1999 Canteen                                                -5.08     204.87
09/26/1999 Canteen                                                -0.75     204.12
09/27/1999 Canteen                                                -0.75     203.37
09/28/1999 Canteen                                                -1.31     202.06
09/29/1999 Canteen                                                -0.96     201.10
09/30/1999 Deposit    MAIGNAN,M  7447      705820    498524       50.00     251.10
10/01/1999 Canteen                                                -1.84     249.26
10/02/1999 Canteen                                                -3.17     246.09
10/02/1999 Canteen                                                -4.63     241.46
10/02/1999 Canteen                                                -1.50     239.96
10/03/1999 Canteen                                                -1.58     238.38
10/03/1999 Canteen                                                -4.33     234.05
10/03/1999 Canteen                                                -1.97     232.08
10/04/1999 Canteen                                                -0.68     231.40
10/04/1999 Canteen                                                -1.07     230.33
10/05/1999 Canteen                                                -1.18     229.15
10/05/1999 Canteen                                                -1.96     227.19
10/06/1999 Canteen                                                -8.50     218.69
```

```
                       Remitter/  Batch/
Date       Descript    Payee      Dep. No.  Ref. No.  Rec. #    In/(Out)   Balance
---------- ----------  ---------- --------- --------- --------  ---------- ---------

10/06/1999 Canteen                                                 -1.09    217.60
11/16/1999 Withdrawal  LEGAL COP            17637     502085       -6.30    211.30
11/24/1999 Canteen                                                 -5.46    205.84
11/25/1999 Canteen                                                -15.19    190.65
11/25/1999 Canteen                                                 -4.19    186.46
11/26/1999 Canteen                                                 -0.02    186.44
11/27/1999 Canteen                                                 -5.78    180.66
11/27/1999 Canteen                                                 -5.96    174.70
11/27/1999 Canteen                                                 -0.50    174.20
11/28/1999 Canteen                                                 -2.01    172.19
11/28/1999 Canteen                                                 -5.60    166.59
12/01/1999 Canteen                                                 -8.00    158.59
12/02/1999 Canteen                                                -17.54    141.05
12/02/1999 Canteen                                                 -2.35    138.70
12/03/1999 Canteen                                                 -5.39    133.31
12/04/1999 Canteen                                                -10.63    122.68
12/06/1999 Canteen                                                 -1.02    121.66
12/09/1999 Canteen                                                 -0.75    120.91
12/09/1999 Canteen                                                -14.78    106.13
12/09/1999 Canteen                                                 -5.87    100.26
12/11/1999 Canteen                                                 -3.52     96.74
12/12/1999 Canteen                                                 -3.08     93.66
12/12/1999 Canteen                                                 -2.51     91.15
12/12/1999 Canteen                                                 -1.35     89.80
12/13/1999 Canteen                                                 -2.97     86.83
12/14/1999 Deposit      MAIGNAN,D 7691      788687    504143       50.00    136.83
12/14/1999 Canteen                                                 -0.75    136.08
12/19/1999 Canteen                                                 -1.86    134.22
12/19/1999 Canteen                                                 -0.77    133.45
12/20/1999 Canteen                                                 -1.52    131.93
12/21/1999 Canteen                                                -16.80    115.13
12/21/1999 Canteen                                                -12.65    102.48
12/22/1999 Canteen                                                 -8.30     94.18
12/23/1999 Canteen                                                -24.90     69.28
12/24/1999 Canteen                                                 -7.81     61.47
12/25/1999 Canteen                                                 -0.77     60.70
12/26/1999 Canteen                                                 -0.75     59.95
12/27/1999 Canteen                                                 -0.77     59.18
12/28/1999 Canteen                                                 -0.70     58.48
12/28/1999 Canteen                                                 -0.81     57.67
12/30/1999 End Bal                                                            57.67
```