UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6043-CIV-JORDAN
MAGISTRATE JUDGE SORRENTINO

FRITZ MAIGNAN,                  :

      Petitioner,          :          ORDER FOR FEE
                                         AND DENYING FORMA
v.                              :          PAUPERIS MOTION(S)

MICHAEL W. MOORE,               :

      Respondent.          :
_____

FILED by ___ D.C.
MAG. SEC.
JAN 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

    Fritz Maignan has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. Fritz Maignan has not paid the Clerk's filing fee of $5.00, but has filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915.

    It is well settled that proceeding *in forma pauperis* is a privilege, and not a right, and permission to so proceed is committed to the sound discretion of the Court. *Camp v. Oliver*, 798 F.2d 434 (11 Cir. 1986). Likewise, district courts enjoy wide discretion in deciding whether a partial filing fee is fair and appropriate in a particular case. *Olivares v. Marshall*, 59 F.3d 109, 111 (9 Cir. 1995), and cases cited therein.

    Review of motion to proceed *in forma pauperis* reveals that the petitioner is not entirely indigent and can well afford the Clerk's minimal $5.00 filing fee. It is thereupon

ORDERED AND ADJUDGED as follows:

1. The motion(s) to proceed <u>in forma pauperis</u> is denied.

2. On or before February 24, 2000, the petitioner shall pay the Clerk's filing fee of $5.00.

3. The petitioner shall put the case number on the check or money order so the Clerk can docket the payment in the correct case. This is especially important when a prisoner has filed more than one case.

4. The petitioner is cautioned that failure to pay the fee will probably result in dismissal of this petition.

DONE AND ORDERED at Miami, Florida, this 25 day of January, 2000.

                                                                           *[signature]*
                                                        UNITED STATES MAGISTRATE JUDGE

cc: Fritz Maignan, <u>Pro Se</u>
    DC #196119
    DeSoto Correctional Institution
    P. O. Drawer 1072
    Arcadia, FL 34265