UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Fritz Maignan,

Plaintiff./Petitioner,

v.

Michael W. Moore

Defendant/Respondent,

_____/

CASE NO. 00-6043-CIV-Jordan

MAGISTRATE JUDGE CHS

**CLERK'S NOTICE OF
RECEIPT OF FILING FEE**

FILED BY
00 FEB -8 PM 2:10
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

The Clerk notifies the Court that on 02/08/00 the filing fee of $ 5.00 was received, receipt number 816606

DONE at the Federal Courthouse Square, Miami, Florida, this 8th day of February, 2000.

**CLARENCE MADDOX**
**CLERK OF COURT**

By: _____
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff