UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No: <u>00-6043-civ-JORDAN</u>
MAGISTRATE JUDGE SORRENTINO

FRIZT MAIGNAN,
Petitioner,

V.

MICHAEL W. MOORE,
Respondent.
_____/

## NOTICE OF CHANGE OF ADDRESS

Comes Now, **Fritz Maignan,** Petitioner, Pursuant to the courts order dated January 25th, 2000,

¶ 3. Hereby gives the court and the Respondent notice of change of address.

Respondents and the court are to take notice that all filings are to be served on the Petitioner at the following address:

**FRITZ MAIGNAN #196119 A1-1-11U**
**GLADES CORRECTIONAL INSTITUTION**
**500 ORANGE AVENUE CIRCLE**
**BELLE GLADE, FLORIDA 33430**

Dated this 17 day of March, 2000

Respectfully submitted

**FRITZ MAIGNAN #196119, pro-se**