[illegible]

Department of Corrections,

Respondent.

00 DEC -8 AM 10:03
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

MOTION FOR RECONSIDERATION

[illegible] FRITZ MAIGNAN, [illegible] of the [illegible] Judge [illegible] 22, 2000 [illegible] Fed.R.Civ.P., [illegible]

I

[illegible] reconsideration on the merits lest a "miscarriage of justice" be left uncorrected by this Court. [illegible] U.S. [illegible] [illegible] th Cir. [illegible]

II

The [illegible] defense of entrapment [illegible] as a matter [illegible] United States v. Ska[illegible] F.2d 317, 320-21




[illegible] the care of the [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] the [illegible] Petitioner [illegible] [illegible] big money in Florida" at behest of the confidential informant, who was "working off a deal with the DEA-rela[illegible] government agent" that [illegible] allow dismissal of his own pending [illegible] prosecutions for [illegible] related offenses.

> Entrapment is designed to [illegible] the "unwary innocent" induced [illegible] government action to commit a crime. It does not [illegible] the "unwary criminal." United States v. Russell, 411 U.S. 423, 429 93 S.Ct. 1637, 1641, [illegible] (1973). A defense of entrapment has two [illegible] government inducement of the crime and the [illegible] of predisposition on the part of the defendant [illegible] be entitled to acquittal as a matter of law on [illegible] of entrapment, Skarie must point to "undis[illegible] evidence making it patently clear that an other[illegible] innocent [illegible] was induced to commit the illegal [illegible] government agents. United States v. Hart, 963 [illegible] 1278 (8th Cir. 1992) [illegible] [illegible] indicates that Bear initiated the idea of the methamphetamine sale, pressured Skarie repeatedly to agree to the plan, and threaten[illegible] in order to convince her to do so. Gov[illegible] inducement of the [illegible] established [illegible] matter of law.

[illegible] "young buck" [illegible] the streets of New York and could have trafficked in drugs [illegible] and was engaged in educational pursuits. But for [illegible] to "make big bucks" tale, which was the proverbial [illegible] to entrap the

[illegible] deliberate [illegible] ... reasonable [illegible] ... the gov[illegible] ... of the [illegible]

> [illegible] has [illegible] ... defense [illegible] ... must prove [illegible] ... was not [illegible] ... United St[illegible] ... the character of the defendant, [illegible] first suggested the criminal activity, (3) whet[illegible] the defendant engaged in the activity for profit, (4) [illegible] the defendant demonstrated reluctance, and [illegible] the nature of the government's inducement. Unit[illegible] Citro, [illegible] F.2d 149, 1152 (9th Cir. 1988).

Ibid, [illegible] F.2d at 320.

III

Entrapment without proper jury in[illegible] constituted a prima facie showing of being deprived of [illegible] assistance of counsel that failed to protect the "actual [illegible]" of Petitioner warrants reconsideration in light of Mor[illegible] Woodford, [illegible] F.3d [illegible], [illegible] (9th Cir. 2000)[Court is ve[illegible] with jurisdiction to [illegible] evidentiary hearing in absence [illegible] and [illegible] to support his claims embodying exhausted and/or unexhausted issues as permitted by AEDPA where violation of federal [illegible] are [illegible] at [illegible] look at face of the complaint].

IV

Having failed to give a proper entrapment instruction, the trial court compounded the constitutional [illegible] of being denied

[illegible] the affected [illegible] [illegible] [illegible] [illegible] [illegible] "informant" [illegible] undermining [illegible] and deprived Petitioner of [illegible] "actual innocence" as a matter of fact [illegible] the totality of the circumstances. See People of Ter[illegible] Rosa, 644 F.2d 1257 (9th Cir. 1981)[Failure to give informer instruction was reversible error where testimony of key witness was obtained by promise not to prosecute [illegible]] United States v. Patterson, 648 F.2d 625, 631 (9th Cir. 198[illegible] [likewise]. Since the procedural default rule is not binding on this Court when Petitioner asserts actual innocence or miscarriage of justice, this Court should grant habeas relief to Peti[tioner].

V

Under the "totality of circumstances" [illegible] this Court is invited to reconsider the lack of legally competent evidence to [illegible]

---

[illegible] United States v. Cothran, 729 F.Supp. 153, 159 (D.D.C. 1990)(Gerhard Gesell, J.):

> Efforts to protect our citizens [illegible] drug use and drug violence, however worthy, [illegible] the heritage of the struggle for individual f[illegible] that created this country. Despite the understandable concern about drug trafficking, no responsible federal judge can [illegible] with a system so intimidating that [illegible] with police requests to search [illegible] system which permits the exercise of a con[illegible] right to be [illegible] guilt.

[illegible]

[illegible]

[illegible] of 400 grams, a crime conceived, pr[illegible] and cultivated by a known drug trafficker through the impr[illegible] the Government.

CERTIFICATE OF SERV[illegible]

[illegible]EREBY CERTIFY that a true and corr[illegible] this 1st day of Dece[illegible] AUGUST A. [illegible] Department of Legal Affai[illegible] Boulevard, [illegible], West Palm Beach, FL 33[illegible]

Fritz [illegible]
Glades [illegible]
500 [illegible]
Belle [illegible]

VERIFICATION

[illegible] facts and matters set forth and alleged are true and correct.

[illegible] my hand and seal this 1st day [illegible] 2000, at [illegible]

Fritz Ma[illegible], Petitioner

[illegible]