UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



FILED by ___ D.C.

DEC 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 00-6043-CIV-JORDAN

FRITZ MAIGNAN         )
                      )
      Petitioner      )
                      )
vs.                   )
                      )
MICHAEL MOORE         )
                      )
      Respondent      )
_____)

## ORDER DENYING MOTION FOR RECONSIDERATION AND GRANTING IFP STATUS AND LIMITED COA

Fritz Maignan's motion for reconsideration [D.E. 18] is DENIED.

Pursuant to 28 U.S.C. § 2253(c), Federal Rule of Appellate Procedure 22(b), and the standard articulated by the Supreme Court in *Slack v. McDaniel*, 120 S.Ct. 1595, 1604 (2000), Mr. Maignan is granted a certificate of appealability limited to the question of whether the trial court's pre-1998 pattern jury instruction on entrapment deprived him of a fair trial. Mr. Maignan is also granted leave to proceed on appeal in forma pauperis.

Done and ordered in chambers at Miami, Florida, this 11th day of December, 2000.

_____
Adalberto Jordan
United States District Judge

Copies to Fritz Maignan (#196119), Glades Correctional Institution, 500 Orange Avenue Circle, Belle Glade, Florida 33430-5221; Paul Bonavita, Esq.; Magistrate Judge Charlene Sorrentino; and & District Court Appeals Section (Room 111, Tower Building).

