UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6043-CIV-JORDAN

FRITZ MAIGNAN,

    Petitioner,

vs.

MICHAEL W. MOORE, Secretary,
Department of Corrections,

    Respondent.
_____/

FILED by _____ D.C.
INTAKE
DEC 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN by FRITZ MAIGNAN, Petitioner/Appellant, of the entry of this appeal to the United States Court of Appeals for the Eleventh Circuit from the "Order Denying Motion for Reconsideration [of Denial of Writ of Habeas Corpus] and Granting IFP Status and Limited COA," entered on December 12, 2000.

Appeal is taken pursuant to 28 U.S.C., Section 1291, and Rule 3(a), F.R.A.P. All parties to the action.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to PAUL BONAVITA, ESQ., ASSISTANT ATTORNEY GENERAL, 1655 Palm Beach Lakes Blvd., Rm 300, West Palm Beach, FL 33401, this 21st day of December, 2000.

_/s/ Fritz Maignan_
FRITZ MAIGNAN, DC#136110
Glades Correctional Institution
500 Orange Avenue Circle
Belle Glade, FL 33430-5222
561/996-5241

Appellant Unrepresented

