# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**  Appeals Section
Clerk of Court

Date: 1/11/2001

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:   District Court No:  00-06043-CV - AJ

U.S.C.A. No:  01-10042-I

Style:  MAIGAN V. MOORE

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

    1 Volume(s) of pleadings
    0 Volume(s) of Transcripts
    Exhibits:    0 boxes;    2 folders;
                 0 envelopes;    0 PSIs (sealed)
    [ ] other: _____
    [ ] other: _____
    [✓] Other: 2 accordion folders containing docket entries

Sincerely,

Clarence Maddox, Clerk of Court

By: _____
    Deputy Clerk

Attachment  S/F A-15
c: court file  Rev. 10/94

---

[X] 301 N. Miami Avenue    [ ] 299 E. Broward Boulevard    [ ] 701 Clematis Street
    Miami, Fl 33128-7788        Ft. Lauderdale, Fl 33301        West Palm Beach, Fl 33401
    305-523-5080                954-769-5413                    561-803-3408



```
                                                       CHS      CLOSED
                                                       APPEAL
                    U.S. District Court
            Southern District of Florida (FtLauderdale)

            CIVIL DOCKET FOR CASE #: 00-CV-6043

Maignan v. Moore                                    Filed: 01/10/00
Assigned to: Judge Adalberto Jordan
Demand: $0,000                              Nature of Suit: 530
Lead Docket: None                           Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 28:2254 Petition for Writ of Habeas Corpus (State)


FRITZ MAIGNAN                        Fritz Maignan
     plaintiff                       196119 A1-1-11U
                                     [COR LD NTC] [PRO SE]
                                     Glades Correctional Institution
                                     500 Orange Avenue Circle
                                     Belle Glade, FL 33430-5221


   v.


MICHAEL W. MOORE                     August A. Bonavita
     defendant                       FTS 688-7771
                                     [COR LD NTC]
                                     Florida Attorney General's
                                     Office
                                     1655 Palm Beach Lakes Boulevard
                                     3rd Floor
                                     West Palm Beach, FL 33401-2299
                                     561-688-7759
```

Case 0:00-cv-06043-AJ   Document 22   Entered on FLSD Docket 01/11/2001   Page 3 of 4

Proceedings include all events.                                                CHS
0:00cv6043 Maignan v. Moore                                           CLOSED APPEAL

BEGIN VOL. # 1

| Date | # | Entry |
|---|---|---|
| 1/10/00 | 1 | COMPLAINT filed as a petition under 28:2254 for writ of habeas corpus by a person in state custody; IFP motion filed, B-6; CHS (kw) [Entry date 01/11/00] |
| 1/10/00 | 2 | MEMORANDUM by Fritz Maignan in support of [1-1] complaint (kw) [Entry date 01/11/00] |
| 1/10/00 | 3 | Clerk's Order of Magistrate Judge Assignment to Magistrate Charlene H. Sorrentino, re: Administrative Order (kw) [Entry date 01/11/00] [Edit date 03/09/00] |
| 1/10/00 | 4 | MOTION by Fritz Maignan to proceed in forma pauperis (kw) [Entry date 01/11/00] |
| 1/11/00 | -- | Motion(s) referred: [4-1] motion to proceed in forma pauperis referred to Magistrate Judge Charlene H. Sorrentino (kw) |
| 1/25/00 | 5 | INITIAL ORDER OF INSTRUCTIONS TO PRO SE LITIGANT (Signed by Magistrate Judge Charlene H. Sorrentino on 1/25/00) CCAP [EOD Date: 1/25/00] (ea) |
| 1/25/00 | 6 | ORDER denying [4-1] motion to proceed in forma pauperis; the petitioner shall pay the Clerk's filing fee of $5.00 on or before 2/24/00 (Signed by Magistrate Judge Charlene H. Sorrentino on 1/25/00) CCAP [EOD Date: 1/25/00] (ea) |
| 1/25/00 | 7 | ORDER to petitioner to respond to limitation period on or before 2/24/00 (Signed by Magistrate Judge Charlene H. Sorrentino on 1/25/00) CCAP [EOD Date: 1/25/00] (ea) |
| 2/8/00 | 8 | CLERK'S RECEIPT for filing fee paid by Fritz Maignan. AMOUNT: $ 5.00 RECEIPT # 816606 (gz) [Entry date 02/09/00] |
| 2/8/00 | 9 | Notice of compliance/response by Fritz Maignan with [7-1] order of limitation period (gz) [Entry date 02/09/00] |
| 2/29/00 | 10 | ORDER TO SHOW CAUSE why this petition should not be granted; Response to Order to Show Cause due 4/29/00 (Signed by Magistrate Judge Charlene H. Sorrentino on 2/29/00) CCAP [EOD Date: 3/1/00] (ea) [Entry date 03/01/00] |
| 3/20/00 | 11 | NOTICE of Change of Address of party by Fritz Maignan (gz) [Entry date 03/21/00] |
| 5/8/00 | 12 | RESPONSE to Order to Show Cause by Michael W. Moore (Attorney August A. Bonavita); attached are Exhibits A-F (tdj) [Entry date 05/09/00] *SEE ACC. folder # 1* |
| 5/8/00 | 13 | EXHIBITS G-Y in support of [12-1] response by Michael W. Moore (tdj) [Entry date 05/09/00] *SEE ACC. folder # 2* |
| 5/30/00 | 14 | REPLY by Fritz Maignan to [12-1] response to show cause order (tdj) [Entry date 05/31/00] |

Case 0:00-cv-06043-AJ   Document 22   Entered on FLSD Docket 01/11/2001   Page 4 of 4

Proceedings include all events.                                    CHS
0:00cv6043 Maignan v. Moore      Cont. Vol. #1         CLOSED APPEAL

| Date | Doc | Description |
|---|---|---|
| 11/2/00 | 15 | REPORT AND RECOMMENDATIONS of Magistrate Judge Charlene H. Sorrentino Signed on: 11/02/00 recommending that the petition for writ of habeas corpus be denied . Case no longer referred. Objections to R and R due by 11/12/00 CCAP (nt) [Entry date 11/03/00] |
| 11/17/00 | 16 | OBJECTION by Fritz Maignan to [15-1] report and recommendations (cj) [Entry date 11/21/00] |
| 11/22/00 | 17 | FINAL JUDGMENT for Michael W. Moore against Fritz Maignan, denying habeas corpus petition; case is closed ( Signed by Judge Adalberto Jordan on 11/21/00) CCAP [EOD Date: 11/27/00] (tdj) [Entry date 11/27/00] |
| 11/22/00 | -- | CASE CLOSED. Case and Motions no longer referred to Magistrate. (tdj) [Entry date 11/27/00] |
| 12/6/00 | 18 | MOTION by Fritz Maignan for reconsideration of [17-1] judgment order (tdj) [Entry date 12/07/00] |
| 12/12/00 | 19 | ORDER denying [18-1] motion for reconsideration of [17-1] judgment order and GRANTING IFP status and limited COA (Signed by Judge Adalberto Jordan on 12/11/00) CCAP [EOD Date: 12/13/00] (tdj) [Entry date 12/13/00] [Edit date 01/02/01] |
| 12/26/00 | 20 | NOTICE OF APPEAL by Fritz Maignan of [19-1] order . EOD Date: 12/13/00; Filing Fee: $ FEE NOT PAID;; Copies to USCA and Counsel of Record. (ga) [Entry date 12/28/00] |
| 1/6/01 | 21 | Appeal Information Sheet re: [20-1] appeal by Fritz Maignan No transcript requested. (sn) [Entry date 01/08/01] |
| 1/8/01 | -- | NOTICE of Receipt of Transmittal Letter from USCA Re: [20-1] appeal by Fritz Maignan USCA NUMBER: 01-10042-I (sn) [Entry date 01/09/01] |

End Vol. #1

| Date | Doc | Description |
|---|---|---|
| 1/11/01 | 22* | Certificate of readiness as to Fritz Maignan transmitted to USCA Re: [20-1] appeal by Fritz Maignan USCA NUMBER: 01-10042-I (ga) |
| 1/11/01 | -- | Transmitted record on appeal as to Fritz Maignan to U.S. Court of Appeals (Miami Office) consisting of 1 volume of pleadings and 2 accordion folders with docket entries: [20-1] appeal by Fritz Maignan USCA# 01-10042-I (ga) |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 1-11-01