# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

October 30, 2001

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami  FL  33128



RE: 01-10042-II     Fritz Maignan v. Michael W. Moore
DC DKT NO.:  00-06043 CV-AJ

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
   Original Exhibits, consisting of: two folders
   Original record on appeal or review, consisting of: one volume

Please acknowledge receipt on the enclosed copy of this letter.

A copy of this letter and the judgment form, but not a copy of the court's opinion or Rule 36-1 decision, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James Delaney (404) 335-6113

Encl.

MDT-1 (1-2001)

# United States Court of Appeals
For the Eleventh Circuit

No. 01-10042

District Court Docket No.
00-06043-CV-AJ

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Aug 24, 2001

THOMAS K. KAHN
CLERK

FRITZ MAIGNAN,

        Plaintiff-Appellant,

versus

MICHAEL W. MOORE,

        Defendant-Appellee.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Southern District of Florida

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

      Entered:    August 24, 2001
For the Court:    Thomas K. Kahn, Clerk
        By:    McCombs, Elaine



ISSUED AS MANDATE
OCT 3 0 2001
U.S. COURT OF APPEALS
ATLANTA, GA.

**[DO NOT PUBLISH]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 24 2001
THOMAS K. KAHN
CLERK

---

No. 01-10042
Non-Argument Calendar

---

D. C. Docket No. 00-06043-CV-AJ

FRITZ MAIGNAN,

          Plaintiff-Appellant,

versus

MICHAEL W. MOORE,

          Defendant-Appellee.

---

Appeal from the United States District Court
for the Southern District of Florida

---

(August 24, 2001)

Before EDMONDSON, BIRCH and BARKETT, Circuit Judges.

**PER CURIAM:**

Fritz Maignan, a Florida state prisoner, appeals the district court's denial of his <u>pro se</u> habeas corpus petition, 28 U.S.C. § 2254. Maignan filed his petition in 2000, and, therefore, the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), Pub. L. No. 104-132, 110 Stat. 1214 (1996), applies. The appeal presents this issue: Whether the state trial court's pre-1998 pattern jury instruction regarding entrapment deprived Maignan of a fair trial. Because Maignan failed to object to the entrapment instruction at trial, his argument on the instruction is procedurally defaulted. Maignan is unable to overcome this procedural default because he failed to show adequate cause for and prejudice resulting from his failure to object to the instruction at trial. Accordingly, the district court did not err in denying Maignan's section 2254 petition.

**AFFIRMED.**

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia